Same case below, 351 Fed. Appx. 441.

**No. 09-1230. Barry J. Jewell, Petitioner v. United States.**

560 U.S. 907, 130 S. Ct. 3297, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 3968.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 586 F.3d 1089.

**No. 09-7472. Johnnie Propes, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 907, 130 S. Ct. 3272, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 4042.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 573 F.3d 225.

**No. 09-7758. Michael J. Alexander, Petitioner v. United States.**

560 U.S. 907, 130 S. Ct. 3273, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 3908.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 574 F.3d 484.

**No. 09-8515. Alvie Copeland Kiles, Petitioner v. Arizona.**

560 U.S. 907, 130 S. Ct. 3274, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 3896.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 222 Ariz. 25, 213 P.3d 174.

**No. 09-8521. John Avalos Alba, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 907, 130 S. Ct. 3274, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 4022.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 346 Fed. Appx. 994.

**No. 09-8700. Eugenia B. White, Petitioner v. Fairfax County, Virginia, et al.**

560 U.S. 907, 130 S. Ct. 3275, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 3955,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 98.

**No. 09-9079. Don Jones, Petitioner v. Minnesota.**

560 U.S. 907, 130 S. Ct. 3275, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 4031.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 772 N.W.2d 496.